UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ROGER LEE BELL,
Reg. #15745-032                                                                                  PLAINTIFF

V.                                       2:15CV00201 KGB/JTR

C.V. RIVERIA, Warden,
Forrest City Medium                                                                              DEFENDANT

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. Any party may file written objections to this Recommendation. Objections must be specific and include the factual or legal basis for disagreeing with the Recommendation. An objection to a factual finding must specifically identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of the objections must be received in the office of the United States District Clerk within fourteen (14) days of this Recommendation. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may also waive any right to appeal questions of fact.

## I. Discussion

On February 5, 2016, the Court ordered Plaintiff to file a prison calculation sheet on or before February 22, 2016, and advised him that this case would be dismissed without prejudice if he failed to timely do so. *Doc. 6* (citing Local Rule 5.5(c)(2)). As of the date of this Recommendation, Plaintiff has not complied with the February 5, 2016 Order, and the time for doing so has expired.

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. This case be DISMISSED WITHOUT PREJUDICE, pursuant to Local Rule 5.5(c)(2).

2. Plaintiff's Application to Proceed *In Forma Pauperis (Doc. 5)* be DENIED AS MOOT.

3. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

Dated this 26th day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE