# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**RODGER LEE BELL**
**REG # 15745-032**                                                                                         **PLAINTIFF**

v.                      Case No. 2:15-cv-00201 KGB/JTR

**C.V. RIVERA, Warden,**
**Forrest City Medium**                                                                                    **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 7). No objections have been filed. After careful review, the Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

It is therefore ordered that:

1. The case is dismissed without prejudice pursuant to Local Rule 5.5(c)(2).

2. Mr. Bell's application to proceed *in forma pauperis* (Doc. 5) is denied as moot.

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 26th day of April, 2016.

_____
Kristine G. Baker
United States District Judge