**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**RODGER LEE BELL**
**REG # 15745-032**                                                                    **PLAINTIFF**

**v.**                              **Case No. 2:15-cv-00201 KGB/JTR**

**C.V. RIVERA, Warden,**
**Forrest City Medium**                                                      **DEFENDANT**

## <u>JUDGMENT</u>

Pursuant to the Order entered this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

So adjudged this 26th day of April, 2016.

_____
Kristine G. Baker
United States District Judge